O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  - Eastern Division
<u>CIVIL MINUTES - GENERAL</u>

Case No.     ED CV 08-00503-SGL(JCRx)

Title:       RIVERSIDE COUNTY DEPARTMENT OF MENTAL HEALTH -v- ANTHONY SULLIVAN and MONICA VALENTINE

**<u>RELATED ACTIONS</u>**                                                        Date:   September 15, 2008
EDCV 08-00511-SGL-JCR
Monica Valentine v. Riverside Unified School District et al

EDCV 08-00512-SGL-JCR
Riverside Unified School District v. Anthony Sullivan et al
================================================================
PRESIDING:       HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

Jim Holmes                                    Theresa Lanza
Courtroom Deputy Clerk                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

Geoffrey R. Winterowd                         Heather McGunigle
                                              Shawna L. Parks


PROCEEDINGS:    (1)   ORDER CONSOLIDATING CASES
                (2)   ORDER SETTING BRIEFING SCHEDULE AND HEARING

    The Court ORDERS the within case under EDCV 08-00503, is consolidated with the above-referenced higher number cases under EDCV 08-00511-SGL AND EDCV 08-00512-SGL;

    Further, the higher numbered cases are administratively CLOSED, **any future filings with respect to these higher numbered cases shall be made under the lower number case EDCV 08-00503-SGL, and shall include all three case captions and identify which case such filings pertains.**

    A briefing schedule on the administrative record is ordered as follows:

MINUTES FORM 90                                              Initials of Deputy Clerk<u>: jh</u>
CIVIL -- GEN                    Page 1                       Time: 0/07

The administrative record shall be filed by October 15, 2008;

Opening briefs are due filed by October 29, 2008;

Reply briefs are due filed by November 12, 2008;

A hearing on the administrative record and briefing of counsel is set for November 24, 2008, at 1:00 p.m.

IT IS SO ORDERED.