O

JACK B. CLARKE, JR., Bar No. 120496
Jack.Clarke@bbklaw.com
RICARDO J. SOTO, Bar No. 167588
Ricardo.Soto@bbklaw.com
BEST BEST & KRIEGER LLP
655 West Broadway, 15th Floor
San Diego, CA  92101
Telephone: (619) 525-1300
Telecopier: (619) 233-6118

Attorneys for Defendant
RIVERSIDE UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA VALENTINE,<br><br>        Plaintiff,<br><br>    v.<br><br>RIVERSIDE UNIFIED SCHOOL DISTRICT, a public entity; DR. SUE RAINEY, Superintendent of Riverside Unified School District; STEVEN MORFORD, Director of Special Education , Riverside Unified School District; RIVERSIDE COUNTY DEPARTMENT OF MENTAL HEALTH; JERRY A. WEINGERD, Director of Riverside County Department of Mental health, and DOES 1 – 10, inclusive,<br><br>        Defendants. | Case No.  EDCV 08-00503 SGL(RCx)<br><br>**ORDER DISMISSING DEFENDANTS DR. SUE RAINEY AND DR. STEVEN MORFORD**<br><br>**HON. STEPHEN G. LARSON** |

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
SAN DIEGO

**Related Cases:**

RIVERSIDE COUNTY DEPARTMENT OF MENTAL HEALTH,

    Plaintiff,

  v.

ANTHONY SULLIVAN and MONICA VALENTINE,

    Defendants.

RIVERSIDE UNIFIED SCHOOL DISTRICT,

    Plaintiff,

  v.

ANTHONY SULLIVAN and MONICA VALENTINE,

    Defendants.

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
SAN DIEGO

SDLIT\RSOTO\371453.1

2

ORDER DISMISSING DR. SUE RAINEY AND DR. STEVEN MORFORD
Case No. EDCV 08-0503 SGL(RCx)

1  Defendants DR. SUE RAINEY, in her official capacity, and DR. STEVEN
2  MORFORD, in his official, are hereby dismissed with prejudice as parties to this
3  action.

Dated:    October 23, 2008

_____
STEPHEN G. LARSON
United States District Court Judge

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
SAN DIEGO

SDLIT\RSOTO\371453.1                    3                    ORDER DISMISSING DR. SUE RAINEY AND
DR. STEVEN MORFORD
Case No. EDCV 08-0503 SGL(RCx)