UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case Nos. EDCV 08-0503-SGL(RCx)           Date:  May 14, 2009
          EDCV 08-0511-SGL(RCx)
          EDCV 08-0512-SGL(RCx)

Title: Riverside County Department of Mental Health v. Anthony
       Sullivan and Monica Valentine;
       Monica Valentine v. Riverside Unified School District,
       et al;
       Riverside Unified School District v. Anthony Sullivan,
       et al.
========================================================================
**DOCKET ENTRY**

========================================================================
         HON. ROSALYN M. CHAPMAN, UNITED STATES MAGISTRATE JUDGE

Jake Yerke                              None
Deputy Clerk                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:
None Present                            None Present


**PROCEEDINGS:   (IN CHAMBERS)   ORDER TO SHOW CAUSE WHY RIVERSIDE
     DEPARTMENT OF MENTAL HEALTH AND ITS COUNSEL EACH SHOULD NOT
     BE SANCTIONED**

    The Court **hereby Orders** Riverside Department of Mental
Health (RDMH) and its attorney Sharon Watt, separately, to Show
Cause, no later than ten (10) days from the date of this Order,
why each of them should not be sanctioned in the amount of
$2,000.00 for failing to comply with this Court's Order of
October 3, 2008, requiring trial counsel and a "person . . .
having **full authority** to negotiate and settle" this litigation to
be present at today's settlement conference.  If RDMH or Ms. Watt
timely files objections to being sanctioned, the Order to Show
Cause will then be heard on June 10, 2009, at 10:00 a.m.


case080\08-0503.3
5/14/09                                 Initials of Deputy Clerk hr for jy