Paula Pearlman          (State Bar No. 109038)
paula.pearlman@lls.edu
Shawna L. Parks         (State Bar No. 208301)
shawna.parks@lls.edu
**DISABILITY RIGHTS LEGAL CENTER**
919 Albany Street
Los Angeles, CA 90015
Tel: (213) 736-1031 / Fax: (213) 736-1428

Heather D. McGunigle    (State Bar No. 237174)
heather.mcgunigle@lls.edu
**DISABILITY RIGHTS LEGAL CENTER**
320 East D Street
Ontario, CA 91764
Tel: (909) 460-2034 / Fax: (909) 460-2094

Attorneys for Defendants and Consolidated Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVERSIDE COUNTY DEPARTMENT OF MENTAL HEALTH,<br><br>PLAINTIFF(S)<br><br>vs.<br><br>A.S., an individual; and MONICA VALENTINE, an individual,<br><br>DEFENDANT(S) | Consolidated Case Nos. ED CV 08-00503 SGL (Rx); ED CV 08-0511 SGL (RCx)<br><br>[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANTS / CONSOLIDATED PLAINTIFFS ANTHONY SULLIVAN AND MONICA VALENTINE<br><br><br>HON. STEPHEN G. LARSON |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Order attached herewith, IT IS ORDERED AND ADJUDGED that the Administrative Law Judge's January 15, 2008 Decision requiring Riverside Unified School District and Riverside County Department of Mental Health to provide Student Defendant, Anthony Sullivan with compensatory education is AFFIRMED. It is further ORDERED that the Administrative Law Judge's February 20, 2008 Order Denying Plaintiffs' Motion for Reconsideration is AFFIRMED. The Court orders that such judgment be entered in favor of Defendants / Consolidated Plaintiffs Anthony Sullivan and Monica Valentine.

A separate order and judgment with regard to the award of reasonable attorneys' fees will be entered at the conclusion of the previously ordered fees motion schedule.

Dated: 8-23-09

STEPHEN G. LARSON
United States District Judge